# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| GREGORY ALLEN HATFIELD,<br>                    Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>                    Respondent. | No. 73441 |
| GREGORY ALLEN HATFIELD,<br>                    Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>                    Respondent. | No. 73442 |

FILED

NOV 17 2017

ELIZABETH A BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEALS

These are pro se appeals from orders dismissing postconviction petitions for writs of habeas corpus. Fifth Judicial District Court, Nye County; Robert Lane, Judge.

Appellant has filed a pro se notice of voluntary withdrawal of these consolidated appeals. Appellant advises this court that he understands the legal consequences of voluntarily withdrawing these appeals, including that he cannot hereafter seek to reinstate these appeals, and that any issues that were or could have been brought in these appeals are forever waived. With this understanding, appellant consents to a voluntary dismissal of these appeals. Cause appearing, we

ORDER these appeals DISMISSED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

17-39823

cc: Hon. Robert W. Lane, District Judge
Gregory Allen Hatfield
Attorney General/Carson City
Nye County District Attorney
Nye County Clerk